**Ryan F. COUNTS, Defendant Below, Appellant,**

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 537, 2015

Supreme Court of Delaware.

Submitted: November 24, 2015

Decided: February 11, 2016

AFFIRMED.